AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By Emily Nero
Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.  MJ19-027
Information associated with )
armcnamee98022@gmail.com and )
other accounts that are stored at Google )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, attached hereto and incorporated herein by reference

YOU ARE COMMANDED to execute this warrant on or before   2/1/19   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S.M.J. of the W.D.W.A.   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  1/18/19   9:15 AM                          _____
                                                                  *Judge's signature*

City and state:  Seattle, Washington                  Brian A. Tsuchida, Chief U.S. Magistrate Judge
                                                      *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ19-027 | 01/29/2019  12:34 PM | SEARCH WARRANT SUBMITTED ELECTRONICALLY |

Inventory made in the presence of: N/A - SEARCH WARRANT SUBMITTED THROUGH GOOGLE LERS PORTAL

Inventory of the property taken and name of any person(s) seized:

N/A - RESULTS TO BE RECEIVED ELECTRONICALLY

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/29/2019

*Executing officer's signature*

MILAS HOWE, SPECIAL AGENT
*Printed name and title*

# ATTACHMENT A

## Account to be Searched

This warrant applies to information associated with the following email accounts that are stored at premises owned, maintained, controlled, or operated by Google Incorporated, an e-mail provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043:

armcnamee98022@gmail.com,

alderson509@gmail.com, and

alderson98022@gmail.com

AFFIDAVIT OF SA MILAS HOWE
USAO #2018R001185

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

**I. Section I - Information to be disclosed by Google, Incorporated, for search:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, Incorporated ("Google"), including any e-mails, records, files, logs, or information that has been deleted but is still available to Google, Google is required to disclose the following information to the government for each account or identifier listed in Attachment A:

    a. The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c. The types of service utilized;

    d. All records pertaining to communications between Google and any person regarding the account, including contacts with support services and records of actions taken.

    e. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

    f. All subscriber records associated with the specified account including lists of all related accounts, any contact lists, and content and/or preserved data.

AFFIDAVIT OF SA MILAS HOWE
USAO #2018R001185

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II. Section II - Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of Bank Fraud, in violation of Title 18, United States Code, Section 1344, Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Identity Theft, in violation of Title 21, United States Code, Section 1028A, including, for the account or identifier listed on Attachment A, information pertaining to the following matters:

    a.    Communications or material related to Austin McNamee;

    b.    Communications, or material related to credit cards, banks, or financial institutions;

    c.    Communications or material related to purchases from vendors of good or services, including disputed purchases;

    d.    Communications or material related to lost property in the care of airlines;

    f.    Personal identifying information, including but not limited to Social Security numbers, dates of birth, account numbers, and passwords;

    g.    All messages, documents, and profile information, attachments, or other data that serves to identify any persons who use or access the account specified, or who exercise in any way any dominion or control over the specified account;

    h.    Any address lists or buddy/contact lists associated with the specified account;

    i.    All messages, documents and profile information, attachments, or other data that otherwise constitutes evidence, fruits, or instrumentalities of violations of Bank Fraud, in violation of Title 18, United States Code, Section 1344, Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Identity Theft, in violation of Title 21, United States Code, Section 1028A .

AFFIDAVIT OF SA MILAS HOWE
USAO #2018R001185

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

j.  All subscriber records associated with the specified account, including name, address, local and long distance telephone connection records, or records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address, and means and source of payment for such service) including any credit card or bank account number;

k.  All log records, including IP address captures, associated with the specified account; and

l.  Any records of communications between the email service provider, and any person about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account. This to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

AFFIDAVIT OF SA MILAS HOWE
USAO #2018R001185

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970